Joseph P. DiVincenzo, Esq.
REMER, DIVINCENZO & GRIFFITH
2121 East Pacific Coast Hwy., Suite 280
Corona Del Mar, CA  92625
Tel:  (949) 759-0781
Fax:  (949) 759-0788

**FILED**

JUN 0 2 2008

CLERK U.S. ... KING
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLO PERSONE, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> PHOENIX PHOTONIX, INC.; GARY BEGLEY; INSTITUTE FOR MEDICAL AESTHETICS, <br><br> Defendant(s) | CASE NUMBER: <br><br> EDCV 07-541-VAP (JCRx) <br><br> **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

I, _____Sherri R. Carter_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __January 18, 2008__
as it appears in the record of this court, and that * *(see below)*                                                       Date

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.


IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on __4/1/08__
                                                                                                                                Date

**SHERRI R. CARTER**
CLERK, U.S. DISTRICT COURT

By: _____
         Deputy Clerk


\* Insert the appropriate language:

"no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"no notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"an appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

---

CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

CV-101 (08/97)

ORIGINAL

LODGED

JS-6

1  REMER, DIVINCENZO & GRIFFITH
   A PROFESSIONAL CORPORATION
   ATTORNEYS AT LAW
2  2121 EAST PACIFIC COAST HIGHWAY, SUITE 280
   CORONA DEL MAR, CALIFORNIA 92625
3  (949) 759-0781/(949) 759-0788 Facsimile

2007 NOV 20 AM 10:55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

4  Joseph P. DiVincenzo-Bar #65649

5  Attorneys for Plaintiff
   Bello Persone, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| BELLO PERSONE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX PHOTONIX, INC.; GARY BEGLEY; INSTITUTE FOR MEDICAL AESTHETICS, <br><br> Defendants. | Case No. EDCV 07-541-VAP (JCRx) <br><br> **JUDGMENT BY COURT** |

Having reviewed the Plaintiff's Application for Default Judgment and the accompanying Declaration of Kathleen Wheeler in support thereof,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that plaintiff is awarded Judgment against Defendants Phoenix Photonix, Inc., Institute for Medical Aesthetics and Gary Begley and each of them in the amount of **$98,191.63,** together with costs, and post-judgment interest at the legal rate from and after date of entry hereof.

Dated: 4/1/08, 2008

Hon. Virginia Phillips
United States District Court Judge

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

F:\CLIENT\...\Judgment of Court.wpd

1139